FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GUSTAVO A. RAMIREZ, | Case No. EDCV 08-01436 GW (AN) |
| Petitioner, | |
| v. | ORDER APPROVING AND ADOPTING AMENDED REPORT AND RECOMMENDATION |
| STATE OF CALIFORNIA, ET AL., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's original Report and Recommendation ("R&R") and Amended Report and Recommendation ("Amended R&R"), *de novo*. Petitioner did not file any objections to the Amended R&R in the required time and manner. Accordingly, IT IS ORDERED that:

1. The Amended R&R is approved and adopted.
2. Judgment shall be entered denying the Petition and dismissing this action with prejudice as time-barred.
3. Any and all other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on Petitioner.

Dated: May 5, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE