JS-6 / ENTERED

**FILED**
**CLERK, U.S. DISTRICT COURT**

MAY - 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GUSTAVO A. RAMIREZ,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA, ET AL.,<br><br>    Respondents. | Case No. EDCV 08-01436 GW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Amended Report and Recommendation.

Dated: May 4, 2010

_/s/ George H. Wu_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY